IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Siemens Medical Solutions USA, Inc. states that Siemens Corporation, which is not a publicly traded corporation, is the sole parent corporation of Siemens Medical Solutions USA, Inc. Siemens AG, which is a publicly traded corporation, is the indirect and ultimate parent of Siemens Corporation.

Siemens Medical Solutions USA, Inc. further states that no publicly held company owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff
Siemens Medical Solutions USA, Inc.*

OF COUNSEL:

Gregg F, LoCascio, P.C.
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC  20005
(202) 879-5000

February 25, 2011